UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR REPRODUCTIVE RIGHTS<br><br>AND<br><br>NATIONAL WOMEN'S LAW CENTER,<br><br>PLAINTIFFS,<br><br>v.<br><br>U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>DEFENDANT. | Civil Action No: 18-1688 (BAH) |

## JOINT STATUS REPORT AND PROPOSED SCHEDULE

Pursuant to the Court's Minute Order of September 12, 2018, Plaintiffs Center for Reproductive Rights and the National Women's Law Center ("Plaintiffs") and Defendant U.S. Department of Health and Human Services ("Defendant" or "HHS") (collectively, the "Parties") respectfully submit this Joint Status Report and Proposed Schedule.

**BACKGROUND:**

1. On July 19, 2018, Plaintiffs filed their Complaint, which alleges an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, to compel HHS to disclose records in response to their jointly filed FOIA request. Plaintiffs' FOIA request, dated January 26, 2018, "seek[s] records relating to certain complaints filed with the HHS Office for Civil Rights"; Plaintiffs filed an addendum to their FOIA request on March 5, 2018. See ECF No. 1 at ¶¶ 9, 19, 21.

2. On August 29, 2018, Defendant filed its Answer to the Complaint. See ECF No. 10.

3. On September 12, 2018, Plaintiffs and Defendant filed a joint status report informing the Court of the status of Defendant's review of potentially responsive documents. ECF No.

11. On September 12, 2018, the Court accepted the Parties' proposal that they file an updated joint status report on October 9, 2018.

**STATUS OF SEARCHES**

4. As of the date of this report, Plaintiffs have not received any documents from HHS related to either Plaintiffs' January 26, 2018 or March 5, 2018 requests.

5. The Parties believe that this matter is not yet ripe for dispositive motions because HHS is still completing the search for, and processing of, potentially responsive records.

6. HHS Office of Civil Rights ("OCR") is divided into four divisions:
    a. the Operations and Resources Division,
    b. the Civil Rights Division,
    c. the Health Information Privacy Division, and
    d. the Conscience and Religious Freedom Division.

7. The Operations and Resources Division has completed its search for responsive records and has located approximately 130 pages responsive to Plaintiffs' requests.

8. The Civil Rights Division is continuing its search for responsive records and has not yet provided an estimated completion date for that search.

9. The Health Information Privacy Division has determined that it does not possess any responsive records.

10. The Conscience and Religious Freedom Division has identified nearly 3,000 pages of responsive records to date and is continuing its review. This division anticipates that it will have a complete count of responsive pages by the end of October.

11. Since the last status report, the Parties have also conferred regarding clarification regarding the scope of the FOIA requests. The Parties will continue working together to ensure the search for responsive records and the processing of retrieved records are completed as efficiently as possible.

**STATUS OF PRODUCTIONS**

12. HHS asserts that it will complete the processing of the 130 pages collected from the Operations and Resources Division by no later than November 5, 2018.

13. HHS will issues its first interim response to the FOIA requests on November 5, 2018; this response will include the production of non-exempt portions of responsive records, if any, contained within the 130 pages of records collected from the Operations and Resources Division.

14. Subsequent to its November 5, 2018, production, HHS will issue interim responses to Plaintiffs' two FOIA requests, including production of any non-exempt portions of the responsive records, on the 5th day of each month or, if the 5th day falls on a weekend or holiday, the next business day.

**PROPOSED NEXT STEPS**

15. As the searches are completed and the potentially responsive records retrieved in HHS's searches complete uploading into the agency's document review platform, Defendant will be able to provide Plaintiff with information regarding the number of records and/or pages contained in the collection of potentially responsive records.

16. The Parties have agreed that they will remain in regular communication regarding the status of the processing of the FOIA request, including, but not limited to, agreeing that Defendant will email Plaintiff's counsel an update regarding the status of the searches and processing of the FOIA request no later than October 23, 2018.

WHEREFORE, in light of the current status of the FOIA request, the Parties ask the Court not to enter a briefing or detailed production schedule at this time and, instead, to enter a schedule allowing the Parties to file an additional status report in approximately one month, *i.e.*, on November 9, 2018.

Respectfully Submitted,

| | |
|---|---|
| /s/ *William McAuliffe* | JESSIE K. LIU, D.C. Bar No. 472845 |
| WILLIAM MCAULIFFE, | United States Attorney |
|   D.C. Bar No. 1024136 | |
| SUSAN CASSIDY, | DANIEL F. VANHORN, D.C. Bar No. 924092 |
|   D.C. Bar No. 424518 | Chief, Civil Division |
| Covington & Burling LLP | |
| One CityCenter | /s/ *April Denise Seabrook* |
| 850 Tenth Street, NW | APRIL DENISE SEABROOK, D.C. Bar No. 993730 |
| Washington, DC 20001-4956 | Assistant United States Attorney |
| Tel: 202-662-5717 | 555 Fourth Street N.W. |
| wmcauliffe@cov.com | Washington, D.C. 20530 |
| scassidy@cov.com | Tel: 202-252-2525 |
| | April.Seabrook@usdoj.gov |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CENTER FOR REPRODUCTIVE RIGHTS** **AND** **NATIONAL WOMEN'S LAW CENTER,** **PLAINTIFFS,** v. **U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ,** **DEFENDANT.** | Civil Action No: 18-1688 (BAH) |

## **ORDER**

Upon consideration of the parties' Joint Status Report and Proposed Schedule, and the entire record herein, it is hereby **ORDERED** that the parties shall file another Joint Status Report on or by November 9, 2018. The filing shall update the Court on the status of the processing of Plaintiffs' FOIA request and propose a schedule for further proceedings.

It is **SO ORDERED.**

DATE

BERYL A. HOWELL
UNITED STATES DISTRICT JUDGE