**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| CENTER FOR REPRODUCTIVE RIGHTS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | Civil Action No.: 18-1688 (BAH) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Pursuant to the Court's October 9, 2018 Minute Order, Plaintiffs Center for Reproductive Rights and the National Women's Law Center ("Plaintiffs") and Defendant U.S. Department of Health and Human Services ("Defendant" or "HHS") (collectively, the "Parties") respectfully submit this Joint Status Report.

**Background**

1.      On July 19, 2018, Plaintiffs filed their Complaint, which alleges an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, to compel HHS to disclose records in response to their jointly filed FOIA request.  Plaintiffs' FOIA request, dated January 26, 2018, "seek[s] records relating to certain complaints filed with the HHS Office for Civil Rights"; Plaintiffs filed an addendum to their FOIA request on March 5, 2018.  *See* Compl. ¶¶ 9, 19, 21 (ECF No. 1).

2.      Defendant filed its Answer on August 29, 2018.  *See* Answer (ECF No. 10).

3.      On September 12, 2018, the Parties filed a Joint Status Report informing the Court of the status of Defendant's review of potentially responsive documents.  *See* Joint Status Report

(ECF No. 11).  On September 12, 2018, the Court accepted the Parties' proposal that they file an

updated joint status report on October 9, 2018.  *See* Min. Order (Sept. 12, 2018).

4.     On October 9, 2018, the Parties filed another Joint Status Report with the Court

updating the Court on the status of Plaintiff's FOIA request.  *See* Joint Status Report (ECF No. 14).

The Court further ordered the Parties to file another status report by November 9, 2018.  *See* Min.

Order (Oct. 9, 2018).

**Status of Searches**

5.     As of the date of this Report, Plaintiffs have received Defendant's first interim

response, which, as discussed below, was issued on November 5, 2018.

6.     HHS Office of Civil Rights is divided into four divisions:

    a.  the Operations and Resources Division

    b.  the Civil Rights Division

    c.  the Health Information Privacy Division

    d.  the Conscience and Religious Freedom Division

7.     *Operations and Resources Division*.  As the Parties explained in their most recent

Joint Status Report, the Operations and Resources Division completed its search for responsive

records and located approximately 130 pages responsive to Plaintiffs' requests.  *See* Joint Status

Report ¶ 7 (ECF No. 14).  Further, the Parties agreed that Defendant would issue its response with

respect to these pages by November 5, 2018.  *See id.* ¶ 13.  On November 5, 2018, Defendant

issued its first interim response to Plaintiff's request, which included its response with respect to

these 130 pages.  Specifically, Defendant informed Plaintiffs that all 130 pages are exempt from

release under FOIA Exemption 7(A) as they relate to an investigation that remains open.  Prior to

the production, Defendant represented to Plaintiffs that these documents were responsive to a part

of their request seeking communications and interactions with outside groups, *i.e.*, The Family

Research Council, The Heritage Foundation, Alliance Defending Freedom, Americans United for Life, and National Right to Life.  Plaintiffs and Defendant are in the process of conferring as to the basis for Exemption 7(A)'s applicability to communications with third parties.

8.      *Civil Rights Division*.  The Parties have been conferring about the scope of the request for records from the Civil Rights Division.  This conferral process remains ongoing as the Parties presently disagree as to the possible applicability of exemptions to certain information. The Parties anticipate that they will be able to provide the Court with an update in their next status report.

9.      *Health Information Privacy Division*.  The Health Information Privacy Division determined that it does not possess any responsive records.

10.     *Conscience and Religious Freedom Division*.  The Conscience and Religious Freedom Division has identified 19,462 pages of potentially responsive records.  Defendant has informed Plaintiffs that this likely includes duplicates and nonresponsive records.  As discussed below, the Parties agree that Defendant will process these records on a rolling basis with the first production on December 5, 2018.

**Proposed Next Steps**

11.     The Parties agree that Defendant will process all potentially responsive records on a rolling basis and will issue interim responses to Plaintiffs on the 5th day of each month (or on the following business day if the 5th day of a given month lands on a weekend or a federal holiday).

12.     The Parties respectfully request that the Court enter the accompanying Proposed Order, which provides that the Parties will file another status report on December 10, 2018, updating the Court on the status of Plaintiffs' FOIA request.

November 9, 2018

*/s/ William McAuliffe*
WILLIAM MCAULIFFE,
  D.C. Bar No. 1024136
SUSAN CASSIDY,
  D.C. Bar No. 424518
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202-662-5717
wmcauliffe@cov.com
scassidy@cov.com

*COUNSEL FOR PLAINTIFF*

Respectfully Submitted,

JESSIE K. LIU
D.C. Bar #472845
United States Attorney

DANIEL F. VANHORN
D.C. Bar #924092
Chief, Civil Division

By:  */s/ Brian J. Field*
BRIAN J. FIELD
D.C. BAR #985577
Assistant United States Attorney
555 Fourth Street N.W.
Washington, D.C. 20530
Tel.: (202) 252-2551
E-mail: brian.field2usdoj.gov

*Counsel for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR REPRODUCTIVE RIGHTS, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No.: 18-1688 (BAH) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | |
| *Defendant*. | |

**[PROPOSED] ORDER**

Upon consideration of the Parties' Joint Status Report and the entire record herein, it is hereby

**ORDERED** that the Parties shall file another Joint Status Report on or by December 10, 2018.

**SO ORDERED**.

_____
Date

_____
Beryl A. Howell
Chief Judge, United States District Court for the
District of Columbia