UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR REPRODUCTIVE RIGHTS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> *Defendant*. | Civil Action No.: 18-1688 (BAH) |

**JOINT STATUS REPORT AND PROPOSED SCHEDULE**

Plaintiffs Center for Reproductive Rights and the National Women's Law Center ("Plaintiffs") and Defendant U.S. Department of Health and Human Services ("Defendant" or "HHS") (collectively, the "Parties") respectfully submit this Joint Status Report.

**I.    Background**

1. On July 19, 2018, Plaintiffs filed their Complaint, which alleges an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, as amended, to compel HHS to disclose records in response to their jointly filed FOIA request. Plaintiffs' FOIA request, dated January 26, 2018, "seek[s] records relating to certain complaints filed with the HHS Office for Civil Rights"; Plaintiffs filed an addendum to their FOIA request on March 5, 2018. *See* Compl. ¶¶ 9, 19, 21 (ECF No. 1).

2. Defendant filed its Answer on August 29, 2018. *See* Answer (ECF No. 10).

3. On September 12, 2018, the Parties filed a Joint Status Report informing the Court of the status of Defendant's review of potentially responsive documents. *See* Joint Status Report (ECF No. 11). Since then, the Parties have filed periodic status reports updating the Court on the

status of Defendant's processing of Plaintiffs' FOIA request. *See* Joint Status Report (ECF No. 14); Joint Status Report (ECF No. 16); Joint Status Report (ECF No. 17); Joint Status Report (ECF No. 19); Joint Status Report (ECF No. 20); Joint Status Report (ECF No. 21); Joint Status Report (ECF No. 23); Joint Status Report (ECF No. 26); Joint Status Reports (ECF Nos. 28–49).

**II.   Status of Searches**

4. As of the date of this Report, Plaintiffs have received Defendant's thirty-second interim response, which Defendant issued on June 7, 2021.

5. HHS Office for Civil Rights is divided into four divisions:

   a. the Operations and Resources Division

   b. the Civil Rights Division

   c. the Health Information Privacy Division

   d. the Conscience and Religious Freedom Division

6. *Operations and Resources Division*. As the Parties previously explained, the Operations and Resources Division completed its search for responsive records and located approximately 130 pages responsive to Plaintiffs' requests. *See* Joint Status Report ¶ 7 (ECF No. 14). Further, the Parties agreed that Defendant would issue its response with respect to these pages by November 5, 2018. *See id.* ¶ 13. On November 5, 2018, Defendant issued its first interim response to Plaintiff's request, which included its response with respect to these 130 pages. Specifically, Defendant informed Plaintiffs that all 130 pages are exempt from release under FOIA Exemption 7(A) as they relate to an investigation that remains open. Prior to the production, Defendant represented to Plaintiffs that these documents were responsive to a part of their request seeking communications and interactions with outside groups, *i.e.*, The Family Research Council, The Heritage Foundation, Alliance Defending Freedom, Americans United for Life, and National

Right to Life. Plaintiffs and Defendant are in the process of conferring as to the basis for Exemption 7(A)'s applicability to communications with third parties. In response to a request from Plaintiffs, Defendant provided additional information regarding the exemption claim relating to this set of documents on December 21, 2018, and February 13, 2019. Defendant further provided information regarding these exemption claims in the June 18 Joint Status Report and in a partial *Vaughn* index on July 17. (ECF No. 26.)

7. *Civil Rights Division*. The Parties have been conferring about the scope of the request for records from the Civil Rights Division. This conferral process remains ongoing as the Parties discuss the format of the production and the extent to which the proposed release satisfies parts of Plaintiffs' requests. Defendant produced a tracking spreadsheet from this Division responsive to Plaintiffs' requests in April 2019 and produced a second responsive spreadsheet in May 2019. The Parties continue to confer regarding the format and production of any other responsive documents from this Division.

8. *Health Information Privacy Division*. The Health Information Privacy Division determined that it does not possess any responsive records.

9. *Conscience and Religious Freedom Division*. The Conscience and Religious Freedom Division has identified 19,462 pages of potentially responsive records. Defendant has been processing these records on a monthly basis, issuing monthly releases to Plaintiffs of responsive, non-exempt records.

10. To date, Defendant has produced 16,066 pages of responsive records. 9,162 pages have been withheld in full, 3,497 pages have been partially redacted, and 3,407 pages have been produced without any redaction.

11. Defendant provided Plaintiffs on June 11, 2019 with a summary of the searches performed. The parties have conferred and Defendant has agreed to prioritize records related to closed complaints. On August 5, 2019, Plaintiffs requested the prioritization of certain records tracking complaints based on alleged "conscience" or religious discrimination. Defendant has responded that it will produce such records upon completion of production of closed complaints. The Parties agree that Defendant will continue to process records on a rolling basis.

### III.   Plaintiffs' Motion for a Scheduling Order

12. On June 4, 2019, Plaintiffs filed a motion for a briefing schedule to set deadlines for partial summary judgment motions concerning exemptions and redactions claimed by Defendant to the date of that motion. *See* Motion for Briefing Schedule (ECF No. 24).

13. On June 10, 2019, the Court issued a minute order directing Defendant to address the issues raised in Plaintiffs' motion, which Defendant did in the Joint Status Report of June 18. (ECF No 26.)

14. Also in the June 18 Joint Status Report, Plaintiffs requested an opportunity to respond to Defendant's responses, (*Id.*), which the Court granted on June 24. Plaintiffs filed their responses on June 28. (ECF No. 27.) On July 8, the Court ordered Defendant to produce to Plaintiffs a *Vaughn* Index with a representative sample of withheld documents by July 18, which Defendant did provide on July 17. The Court also ordered the parties to provide a Joint Status Report by August 7 and to state whether Plaintiffs continue to request resolution of Defendant's Exemption 7(A) claims through cross-motions for summary judgment.

15. At this time, based on the representative *Vaughn* index provided by Defendant, Plaintiffs do not continue to seek resolution of the 7(A) Exemption issues through summary

judgment. Instead, the Parties will continue to confer regarding potential avenues to more efficiently resolve this litigation, such as those outlined in Paragraph 11, above.

## IV. Proposed Next Steps

16. The Parties agree that Defendant will continue to process all potentially responsive records on a rolling basis and will issue interim responses to Plaintiffs on the 5th day of each month (or on the following business day if the 5th day of a given month lands on a weekend or a federal holiday).

17. The Parties agree that the current schedule governing these proceedings remains appropriate, whereby the Parties will file another joint status report by August 13, 2021.

Dated: June 11, 2021

Respectfully submitted,

/s/ *William McAuliffe*
WILLIAM MCAULIFFE,
  D.C. Bar No. 1024136
SUSAN CASSIDY,
  D.C. Bar No. 424518
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202-662-5717
wmcauliffe@cov.com
scassidy@cov.com

COUNSEL FOR PLAINTIFFS

CHANNING D. PHILLIPS
D.C Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By:  /s/ *April Denise Seabrook*
APRIL DENISE SEABROOK
D.C. Bar No. 993730
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2525 (telephone)
(202) 252-2590 (facsimile)
April.Seabrook@usdoj.gov

COUNSEL FOR DEFENDANT