UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR REPRODUCTIVE RIGHTS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>*Defendant*. | Civil Action No.: 18-1688 (BAH) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties to this action hereby stipulate to dismiss this action without prejudice, with each Party to bear its own costs and fees.

October 8, 2021

Respectfully Submitted,

/s/ Susan Cassidy
LAURA BETH COHEN,
  D.C. Bar No. 1656355
SUSAN CASSIDY,
  D.C. Bar No. 424518
Covington & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Tel: 202-662-5717
wmcauliffe@cov.com
scassidy@cov.com

COUNSEL FOR PLAINTIFFS

CHANNING D. PHILLIPS
D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: /s/ _____
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 252-7558
Tony.Quinn2@usdoj.gov

COUNSEL FOR DEFENDANT